UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| REBECCA LEE TATE, | ) |
| Plaintiff, | ) ) ) |
| v. | ) No. 4:25-CV-00913 RHH |
| CULVER & CAIN PRODUCTION, et al. | ) ) ) |
| Defendants. | ) |

**OPINION, MEMORANDUM AND ORDER**

Before the Court is plaintiff's motion for leave to proceed in forma pauperis on appeal. [ECF No. 13]. When the Court dismissed this action, it certified in writing that an appeal would not be taken in good faith, s*ee* ECF Nos. 6 and 7; 28 U.S.C. § 1915(a)(3), and it is not apparent that plaintiff now seeks appellate review of any issue that is not frivolous. *See Coppedge v. United States*, 369 U.S. 438, 445 (1962). As a result, the Court will deny the motion.

Accordingly,

**IT IS HEREBY ORDERED** that plaintiff's motion to proceed in forma pauperis on appeal [ECF No. 13] is **DENIED**.

Dated this 26th day of August, 2025.

HENRY EDWARD AUTREY
UNITED STATES DISTRICT JUDGE